# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10155
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 7, 2013

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALI UGAS MOHAMUD,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CR-162

Before DAVIS, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Following his guilty plea conviction for food stamp fraud, wire fraud, and operating an illegal money transmitting business, Ali Ugas Mohamud received concurrent sentences of 57 months in prison, to be followed by a three-year term of supervised release. In calculating the sentence, the district court concluded that Mohamud was not entitled to a reduction for acceptance of responsibility because he had failed to provide complete and accurate financial

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

information to the probation officer.  On appeal, Mohamud argues that he was entitled to an acceptance-of-responsibility reduction, given his guilty plea and his admission to the conduct underlying his offense and in light of his explanations for the omissions.  The district court did not, and was not required to, accept Mohamud's explanation for failing to provide full and accurate financial information.  Mohamud has not established that the denial of the reduction was "without foundation." *United States v. Juarez-Duarte*, 513 F.3d 204, 211 (5th Cir. 2008).  Consequently, the judgment of the district court is AFFIRMED.